DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 OCTOBER 2014

| 280A14 | In the Matter of: J.C. and J.C. | *Guardian ad Litem's* Motion to Withdraw and Substitute Attorney | Allowed **08/9/2014** **Hunter, J., recused** |
|---|---|---|---|
| 282A14 | State v. Douglas Eugene Veal | 1. Def's NOA Based Upon a Constitutional Question (COA13-1407) 2. State's Motion to Dismiss Appeal | 1. — 2. Allowed |
| 286P14 | State v. Shawn Dewayne Parks | Def's *Pro Se* Motion for PDR (COAP14-332) | Dismissed |
| 287P14 | State v. Louis Gene Davis | Def's *Pro Se* Motion for PDR (COAP12-831) | Dismissed |
| 288P14 | State v. Jerry Dan Surratt II | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Randolph County 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* 3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed Without Prejudice 2. Allowed 3. Dismissed as Moot |
| 289P06-5 | State v. Steve Morrison | 1. Def's *Pro Se* Motion for NOA (COAP14-414) 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County | 1. Dismissed *ex mero motu* 2. Dismissed **Hunter, J., recused** |
| 291P14 | State v. Carmen B. Brown | 1. Def's *Pro Se* Motion for Appropriate Relief 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Guilford County 3. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* 4. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed 2. Dismissed 3. Allowed 4. Dismissed as Moot |
| 292P12-2 | State v. Alonzo Greene | 1. Def's *Pro Se* Motion for NOA (COA14-565) 2. Def's *Pro Se* Motion for PDR | 1. Dismissed *ex mero motu* 2. Dismissed |